UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWYN OMAR HECTOR, aka EDWYN ONGLEY HECTOR, aka EDWYN O. HECTOR,<br><br>   Petitioner,<br><br>vs.<br><br>M.E. POULOS, WARDEN,<br><br>   Respondent. | Case No. EDCV 09-0591-RC<br><br>JUDGMENT |

  Pursuant to the Opinion and Order on a petition for habeas corpus,

  IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: <u>August 17, 2009</u>

           <u>/S/ ROSALYN M. CHAPMAN</u>
           ROSALYN M. CHAPMAN
           UNITED STATES MAGISTRATE JUDGE

R&R\09-0591.jud
8/17/09